# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KATRINA BIGGERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATER BROS. MARKETS, a California Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case Nos. 5:21-cv-00586-MCS-KK; 5:21-cv-00587-MCS-KK<br><br>**ORDER CONCERNING SETTLEMENT** |
|---|---|

The parties have informed the Court that they have agreed to remand this action pursuant to a settlement agreement. *See* Not. of Settlement, ECF No. 15. The parties shall file the agreed-upon stipulation to remand on or before May 28, 2021. The pending motion to remand, ECF No. 13, is **DENIED *as moot*** in light of the parties' agreement.

**IT IS SO ORDERED.**

Dated: May 17, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1