JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA BIGGERS, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATER BROS. MARKETS, a California corporation, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case Nos. 5:21-cv-00586-MCS-KK<br>5:21-cv-00587 MCS -KK<br><br>**ORDER REMANDING ACTION** |

1

Having considered the parties' Joint Stipulation and good cause appearing, the Court orders that case number 5:21-cv-00586-MCS-KK styled *Katrina Biggers v. Stater Bros. Markets* is hereby remanded to San Bernardino County Superior Court by stipulation of the parties. The Clerk of Court shall close the case.

IT IS SO ORDERED.

Date: May 27, 2021

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT COURT JUDGE